**No. P68/96.**—Star Lite Merchandise Co. et al. *v.* United States, protests 65/8850, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019) and that the items of merchandise marked "B" consist of earphones which are not suitable for controlling, distributing, modifying, producing, or rectifying electrical energy and that said merchandise, in fact, consists of articles having as an essential feature an electrical element or device, wholly or in chief value of metal, and are not dedicated to use with radios, the claim of the plaintiffs was sustained.

**No. P68/97.**—The Mundo Corporation and Arthur J. Fritz & Company *v.* United States, protests 63/12677, etc. (San Francisco).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cast-iron fittings, chiefly used for cast-iron pipe, similar in all material respects to those the subject of *The Mundo Corp.* and *Arthur J. Fritz & Company* v. *United States* (56 Cust. Ct. 303, C.D. 2640), the claim of the plaintiffs was sustained.